Dismissed and Memorandum Opinion filed January 6, 2011.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01032-CR

____________

 

RICHARD ANTHONY SANDOVAL, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 176th District Court

Harris County, Texas

Trial Court Cause No. 1217449 

 



 

MEMORANDUM
OPINION

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because
this court has not issued an opinion, we grant appellant’s request.

Accordingly, we order the appeal dismissed. We direct the
Clerk of the court to issue the mandate of the court immediately.

 

PER CURIAM

 

Panel
consists of Chief Justice Hedges, Justices Brown and Jamison.

Do not
publish — Tex. R. App. P.
47.2(b).